

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

Nos. 06-13-00173-CR, 06-13-00174-CR,
06-13-00175-CR, 06-13-00176-CR

DENNIS EUGENE ALLEN, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 6th District Court
Red River County, Texas
Trial Court Nos. CR01912, CR01914, CR01915, CR01916

Before Morriss, C.J., Carter and Moseley, JJ.

# O R D E R

Court reporter Terry Spangler recorded the trial court proceedings in our cause numbers 06-13-00173-CR through 06-13-00176-CR, styled *Dennis Eugene Allen v. The State of Texas*, trial court cause numbers CR01912 and CR01914–CR01916 in the 6th Judicial District Court of Red River County, Texas. The reporter's record was due in these cases on September 10, 2013. The record is now fifteen days past due. In response to a September 23 inquiry from our clerk's office regarding the whereabouts of the record, Spangler indicated that she would file a motion for extension of time by facsimile on that date. We have received nothing from Spangler since that time.

The Texas Rules of Appellate Procedure establish that "trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed." TEX. R. APP. P. 35.3(c). The Rules further instruct that an "appellate court may enter any order necessary to ensure the timely filing of the appellate record." *Id.* In furtherance of our responsibilities established by the Rules, we find we must take steps to ensure that the reporter's record is filed in these cases.

We, therefore, order Terry Spangler to file the reporter's record in cause numbers 06-13-00173-CR through 06-13-00176-CR, *Dennis Eugene Allen v. The State of Texas*, trial court cause numbers CR01912 and CR01914–CR01916, to be received by this Court no later than Monday, October 28, 2013.

IT IS SO ORDERED.

BY THE COURT

Date:    September 26, 2013